# United States Navy–Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Travis L. PETTIBONE**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201800359**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 21 March 2019.

Military Judge:
Lieutenant Colonel Emily A. Jackson-Hall, USMC.

Sentence adjudged 23 August 2018 by a special court-martial convened at Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 90 days, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Jacqueline M. Leonard, JAGC, USN.*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

Before HUTCHISON, LAWRENCE, and STEPHENS
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court